No. 24-11009

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

**UNITED STATES OF AMERICA.,**
Plaintiff/Appellee,

v.

**SAMUEL ARTHUR THOMPSON,**
Defendant/Appellant.

_____

**ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(3:20-cr-00026-BJD-LLL-1)**

_____

## NOTICE TO THE COURT REGARDING RELATED CASE

J.D. Lloyd
The Law Office of J.D. Lloyd, LLC
2320 Arlington Ave. S.,
Birmingham, AL 35205
O. 205-538-3340
JDLloyd@JDLloydLaw.com

*Counsel for Appellant*

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>    Plaintiff-Appellee ) <br> ) <br> v. ) <br> ) <br> SAMUEL ARTHUR THOMPSON, ) <br>    Defendant-Appellant. ) | Appeal No. 24-11009 |

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT

Samuel Arthur Thompson, pursuant to Fed. R. App. P. 26.1, 11th Cir. R. 26.1-1, and 11th Cir. R. 26.1-2(a) certifies that the following individuals have an interest in the outcome of this case:

1. Brown, D. Rodney, Assistant United States Attorney;

2. Davis, Hon. Brian J., United States District Court Judge;

3. Duso, Adam J., Assistant United States Attorney;

4. Ellickson, Jenny C., Attorney, Criminal Division, United States Department of Justice;

5. Falzetta, Brenna, Assistant United States Attorney;

6. Galeotti, Matthew R., Head of the Criminal Division, United States Department of Justice;

7. Gershow, Holly L., Assistant United States Attorney;

i

8. Hernandez, James A., Esq.;

9. Hoppmann, Karin, former Acting United States Attorney;

10. Grant, Maurice C., II, Assistant Federal Defender;

11. Hall, Alec F., Federal Defender, Middle District of Florida;

12. Handberg, Robert B., United States Attorney, Middle District of Florida;

13. Harrington, Jennifer M., Assistant United States Attorney;

14. Jacksonville Jaguars, LLC;

15. Karase, Kelly, Assistant United States Attorney;

16. Kehoe, Gregory W., United States Attorney;

17. Klindt, Hon. James R., United States Magistrate Judge;

18. Lambert, Hon. Laura L., United States Magistrate Judge;

19. Lloyd, J.D., CJA appointed counsel for the defendant-appellant on appeal;

20. Lopez, Maria Chapa, former United States Attorney;

21. Minor victims whose identities are protected;

22. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

23. Roper, C. Eric, Counsel for Defendant-Appellant;

ii

24. Taylor, Laura C., Assistant United States Attorney;

25. Thompson, Samuel A., Defendant-Appellant;

26. Toomey, Hon. Joel B., United States Magistrate Judge;

27. Tran, Mai, Assistant United States Attorney,

28. United States of America, and;

29. Walsh, Hon. Patrick J., United States Magistrate Judge (C.D. Cal).

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|    Plaintiff-Appellee ) | |
| ) | |
| v. ) | Appeal No. 24-11685 |
| ) | |
| SAMUEL ARTHUR THOMPSON, ) | |
|    Defendant-Appellant. ) | |

<u>APPELLANT'S NOTICE TO THE COURT
REGARDING A RELATED CASE</u>

Pursuant to this Court's order of October 10, 2025, Mr. Thompson gives notice to this Court that he has a related case before this Court. Mr. Thompson offers the Court the following:

   1. On October 10, 2025, this Court granted oral arguments in the above-styled case and requested counsel to give notice of any related pending appeals.

   2. Mr. Thompson has a pending related appeal in case number 25-12189 stemming from his appeal of the restitution ordered in the case now on appeal in this present matter.

   3. Undersigned is not counsel of record in that appeal despite Mr. Thompson's request and despite counsel's involvement with the present case. While Mr. Thompson gave pro se notice of appeal from the

1

restitution order and requested that this Court appoint undersigned as counsel of record for that appeal (25-12189), this Court appointed a different CJA attorney to handle that appeal. As such, undersigned has no involvement with this related case also pending before the Court.

4. Undersigned understands that the briefing schedule has not yet been set in case number 25-12189. Counsel in that case has informed undersigned that the transcripts requested in that case are currently due to be filed by November 8, 2025.

5. The undersigned would offer to this Court that he would have accepted appointment in case number 25-12189 had the Court asked him to take that case. Undersigned believes the continuity of counsel would have been important for Mr. Thompson and would have been economical given the enormity of Mr. Thompson's trial and the time new counsel would need to spend in the matter. Undersigned would still be willing to accept appoint as co-counsel or substitute counsel in case number 25-12189 should the Court consider revisiting the appointment of counsel for Mr. Thompson in the related matter.

Respectfully submitted on October 31, 2025.

/s J.D. Lloyd
J.D. Lloyd

*Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the limitations set forth in Fed. R. App. P. 27(d). It was prepared in Century Schoolbook 14-point font and contains 306 words.

/s J.D. Lloyd
J.D. Lloyd

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, the foregoing motion was filed electronically using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s J.D. Lloyd
J.D. Lloyd

4